IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON CLARK,               ) | CV F 04-6509 AWI WMW HC |
|                           ) | |
|     Petitioner,  ) | ORDER ADOPTING |
|                           ) | FINDINGS AND |
| v.                        ) | RECOMMENDATIONS RE |
|                           ) | MOTION TO DISMISS |
|                           ) | PETITION FOR WRIT OF |
| PAUL M. SCHULTZ,          ) | HABEAS CORPUS |
|                           ) | |
|     Respondent.  ) | [Doc. 14, 15] |
| _____   ) | |

    Petitioner is a former federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On August 4, 2006, the Magistrate Judge entered findings and recommendations herein.  These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within

1  thirty days.  No objections were filed.[1]

2  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has
3  conducted a <u>de novo</u> review of this case.   See <u>Britt v. Simi Valley Unified School Dist.</u>, 708
4  F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the
5  findings and recommendations to be supported by the record and by proper analysis.

6  Based on the foregoing, it is HEREBY ORDERED  that:

7  1. The findings and recommendations issued by the Magistrate Judge on
8     August 4, 2006, are a adopted in full;
9  2. Respondent's motion to dismiss is GRANTED;
10 3. The Petition for Writ of Habeas Corpus is dismissed as moot;
11 3.  The Clerk of the Court is directed to enter  judgment for Respondent and to close this
12    case.

14 IT IS SO ORDERED.

15 **Dated:    December 30, 2006**                  **/s/ Anthony W. Ishii**
   0m8i78                                           UNITED STATES DISTRICT JUDGE

---

[1] The court notes that Petitioner's copy of the findings and recommendations was returned by the United States Postal Service as undeliverable.  However, pursuant to Local Rule 83-182(f), service on a party at the party's address of record is fully effective.

2